# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

Maria Gregory et al.                          *

**Plaintiff,**

                                           *

v.                                             *     **Case No.** 1:23-cv-01854

Johns Hopkins University et al.                *

**Defendant.**                                 *

## MOTION FOR ADMISSION PRO HAC VICE

I, Andrea R. Gold_____, am a member in good standing of the bar of this

Court.  I am moving the admission of Marc H. Edelson_____

to appear pro hac vice in this case as counsel for Plaintiffs Maria Gregory and Ayomiposi Asaolu_____.

 

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| New York 02/24/88 | EDPA 05/10/88 |
| Pennsylvania 05/05/88 | SDNY 01/04/11 |
|  | EDNY 01/31/11 |
|  | WDNY 04/22/19 |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0_____ time(s).

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.  (NOTE:  If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

*Andrea Gold*

Signature

Andrea R. Gold (201306100006)

Printed name and bar number

Tycko & Zavareei LLP

Office name

2000 Pennsylvania Ave, Suite 1010, Washington, D.C. 20006

Address

202-973-0900

Telephone number

202-973-0950

Fax Number

agold@tzlegal.com

Email Address

PROPOSED ADMITTEE

*Marc Edelson*

Signature

Marc H. Edelson

Printed name

Edelson Lechtzin LLP

Office name

411 S. State Street, N300, Newtown, PA 18940

Address

215-867-2399

Telephone number

267-685-0676

Fax Number

medelson@edelson-law.com

Email Address